**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAHEE ABD' RASHEED, | CASE NO. 1:09-cv-01490 AWI DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| WARDEN HARRINGTON, et al., | (Doc. 3) |
| Defendants. | |

Plaintiff Tahee Abd Rasheed ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2009, pursuant to 28 U.S.C. § 1915(g), the court found Plaintiff ineligible to proceed in forma pauperis and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action, without prejudice. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the court's order.[1]

---

[1] On October 9, 2009 Plaintiff filed a motion for injunctive relief, asserting that he is under "treat" (sic) of serious injuries. (Doc. 4, p.1.) The motion is unsupported by any evidence and is not responsive to the Court's order to pay the filing fee. In addition, the motion appears to concern Plaintiff's request to be placed in a single cell. This action concerns Defendants' alleged deprivation of Plaintiff's property. Thus, the injunction cannot be granted because it does not concern the issues in the complaint. See Price v. City of Stockton, 390 F.3d 1105, 1117 (9th Cir. 2004) (per curiam) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court.")

Accordingly, this is action is hereby dismissed, without prejudice, based on Plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

Dated:   **November 3, 2009**          **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE