# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE ABD RASHEED, | CASE NO. 1:09-CV-01490-AWI-DLB PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (ECF NOS. 7, 8) |
| HARRINGTON, et al., | |
| Defendants. | |

Plaintiff Tahee Abd Rasheed ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Pending before the Court are two motions, filed November 20, 2009 and November 30, 2009, challenging a state immunity statute. It is unclear what Plaintiff means. Plaintiff appears to complain of the deprivation of his property.

This action was closed on November 3, 2009 for Plaintiff's failure to pay the $350.00 filing fee required to proceed in this action. Plaintiff has accumulated three strikes pursuant to 28 U.S.C. § 1915(g), and was found ineligible to proceed in forma pauperis in this action. Accordingly, Plaintiff's motions are DENIED. No further filings will be accepted in this action.

IT IS SO ORDERED.

Dated: **July 13, 2010**           /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

1